1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12   PEGGY MILES and SAMMIE JORDAN, )          Case No.: C05-3420 PVT
                                    )
13              Plaintiffs,         )          **CASE MANAGEMENT
                                    )          CONFERENCE ORDER**
14        v.                        )
                                    )
15   DENNY'S, INC.,                 )
                                    )
16              Defendant.          )
     _____)

17

18        On April 18, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for

19   a Case Management Conference.  Based on the parties' Joint Case Management Statement, and

20   the discussions held at the Case Management Conference,

21        IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed

22   factual and legal issues as set forth in the Case Management Conference Statement.

23        IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or

24   other amendments to the pleadings, is sixty days after entry of this order.

25        IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the

26   Federal Rules of Civil Procedure apply to this case.  However, absent written agreement of the

27   parties or further order of this court, neither side shall take more than three depositions prior to

28   the mediation.  **After mediation is completed, the parties may complete the remainder of**

ORDER, *page 1*

1 **their allowed number of depositions.**

2       IT IS FURTHER ORDERED that, pursuant to the parties' agreement, this case is referred

3 to the court's mediation program.  The parties shall promptly contact the court's ADR

4 department to make the necessary arrangements.

5       IT IS FURTHER ORDERED that the following schedule shall apply to this case:

6 Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11/3/06

7 Plaintiff's Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . 11/3/06

8 Defendant's Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . 12/8/06

9 Designation of Supplemental Rebuttal Experts with Reports . . . . . . . . . . . . . . 12/22/06

10 Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/16/07

11 Last Day for Dispositive Motion Hearing . . . . . . . . . . . . . . . . . . 10:00 a.m. on 2/20/07

12 Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 5/1/07

13 Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 5/14/07

14       IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for

15 Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull

16 (rev. 1/5/06), a copy of which is available from the clerk of the court,[1] with regard to the timing

17 and content of the Joint Pretrial Statement, and all other pretrial submissions.

18 Dated: *4/18/06*

19                                         PATRICIA V. TRUMBULL

20                                         United States Magistrate Judge

21

22

23

24

25

26

27       [1]     A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's

28 name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."