LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
DIANE KONG (State Bar No. 136637)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
DENNY'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEGGY MILES, and SAMMIE JORDAN,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNY'S, INC. and Does 1 through 10, Inclusive,<br><br>Defendant. | Case No. C 05 03420 PVT<br><br>First Amended Complaint filed:<br>February 3, 2006<br><br>**STIPULATION AND ORDER RE: MEDIATION** |

## STIPULATION

WHEREAS, the parties to the above-referenced action have been ordered to mediation and Wayne Lamprey is the assigned mediator;

WHEREAS, during the mediation telephone conference, counsel for the parties and the mediator agreed that in an effort to allow the parties adequate time to complete the necessary discovery for a meaningful mediation, the mediation was set for August 17, 2006 and the date by which the mediation should be completed was to be extended to August 17, 2006; and

WHEREAS, based on the unavailability of plaintiffs for an August 17, 2006 mediation, the mediator has proposed that the date by which the mediation should be completed should be extended to September 1, 2006,

///

///

STIPULATION AND ORDER RE: MEDIATION
Case Number: C 05 03420 PVT                                                                                          1

IT IS HEREBY STIPULATED AND AGREED that the mediation shall be completed by September 1, 2006.

Dated: 7/19, 2006

LAFAYETTE & KUMAGAI LLP

DIANE KONG
Attorneys for Defendant
DENNY'S, INC.

Dated: July 19, 2006

MOORE & MOORE

KOJO HOWARD MOORE
Attorneys for Plaintiffs
PEGGY MILES and SAMMIE JORDAN

## ORDER

The forgoing stipulation having been entered and good cause appearing therefore,

IT IS HEREBY ORDERED that the date in which the mediation shall be completed shall be extended to September 1, 2006.

Dated: 7/20, 2006

MAGISTRATE JUDGE PATRICIA V. TRUMBULL
United States District Court, Northern District Of California

N:\Documents\Denn\Mile\Pldg\Stipulation re Continue Med deadline.doc

STIPULATION AND ORDER RE: MEDIATION
Case Number: C 05 03420 PVT

2